UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
COMPASS LEXECON LLC,

                        Plaintiff,                    Case No. 1:26-cv-2865

     -against-                     **COMPLAINT**

SUNG KOOK (BILL) HWANG,

                       Defendant.
-------------------------------------------------------------X

       Plaintiff Compass Lexecon LLC ("Compass Lexecon" or "Plaintiff"), by and through its undersigned counsel, brings this Complaint against defendant Sung Kook (Bill) Hwang ("Hwang" or "Defendant") and alleges as follows:

## NATURE OF THE ACTION

1. This is a civil action for breach of contract and account stated arising from Defendant's failure to pay for professional expert economic and consulting services rendered by Plaintiff pursuant to a written letter agreement dated June 1, 2023 (the "Contract").

## THE PARTIES

2. Plaintiff  Compass Lexecon is a Maryland limited liability company, with its principal place of business located at 16701 Melford Blvd., Bowie, MD 20715. Plaintiff operates its economic consulting business.  Compass Lexecon is a wholly owned subsidiary of FTI Consulting, Inc., a Maryland Corporation with its principal executive office in Washington, D.C.

3. Upon information and belief, Defendant Sung Kook (Bill) Hwang is an individual residing in New Jersey. At all relevant times, Defendant conducted substantial business and legal activities in the State of New York including in connection with the events underlying this lawsuit.

## JURISDICTION AND VENUE

4.   This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000, exclusive of interest and costs.

5.   This Court has personal jurisdiction over Defendant because he transacted business within this District and contracted to supply services in this District.

6.   Venue is proper in this District under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this District, and the parties agreed that this Court shall have jurisdiction over any matter arising from the Contract.

## FACTUAL ALLEGATIONS

7.   On or about June 1, 2023, the parties entered into a Letter of Engagement (the "Contract") for Plaintiff to provide professional economic consulting and expert services to assist in the representation of Defendant in a matter venued in this District, styled *United States v. Sung Kook (Bill) Hwang*, Case No. 22-cr-240-AKH.

8.   Under the terms of the Contract, Plaintiff agreed to provide these services to Defendant, and Defendant agreed to be solely responsible for the payment of all fees and expenses based on Plaintiff's customary billing rates.

9.   The Contract explicitly provides that "Client [Hwang] will be solely responsible for the payment of all fees and expenses invoiced in connection with this engagement."

10.   The Contract further provides that invoices are to be sent monthly and that "payment is due within 30 days of presentation."

11.   Plaintiff performed all services required under the Contract in a professional and diligent manner, including market analysis, preparation of expert disclosures, and trial preparation.

12. Plaintiff issued a series of invoices to Defendant for services rendered and expenses incurred, including but not limited to:

- Invoice No. 100100045678, dated January 16, 2024, in the amount of $1,588,780.31;

- Invoice No. 100100056806, dated March 28, 2024, in the amount of $1,480,126.65;

- Invoice No. 100100062086, dated April 30, 2024, in the amount of $2,230,464.34;

- Invoice No. 100100072593, dated July 16, 2024, in the amount of $1,380,933.50;

- Invoice No. 100100072659, dated July 16, 2024, in the amount of $2,425,189.77;

- Invoice No. 100100078116, dated August 22, 2024, in the amount of $1,999,877.40;

- Invoice No. 100100078120, dated August 22, 2024, in the amount of $208,014.94;

- Invoice No. 100100079337, dated August 29, 2024, in the amount of $2,311,882.38; and

- Invoice No. 100100079351, dated August 29, 2024, in the amount of $620,475.06.

13. As of August 29, 2024, the total outstanding principal balance due and owing to Plaintiff was $14,245,735.35.

14. Defendant accepted the services provided by Plaintiff without objection or reservation and received the regular invoices setting forth the amounts due.

15. Despite Plaintiff's repeated demands for payment, Defendant has failed to pay the outstanding balance.

### COUNT I: BREACH OF CONTRACT

16. Plaintiff repeats and realleges the allegations in paragraphs 1 through 15.

17. The Letter of Engagement, defined as the "Contract," constitutes a valid and binding contract between the parties.

18. Plaintiff performed its obligations under the Contract.

19. Defendant breached the Contract by failing to pay Plaintiff for the services rendered

and expenses incurred.

20.  As a direct and proximate result of Defendant's breach, Plaintiff has suffered damages in the principal amount of $14,245,735.35, plus interest.

## COUNT II: ACCOUNT STATED

21.  Plaintiff repeats and realleges the allegations in paragraphs 1 through 20.

22.  Plaintiff sent regular, detailed invoices to Defendant setting forth the amounts due and owing for services rendered.

23.  Defendant received and retained these invoices without timely objection.

24.  By his receipt and retention of the invoices without objection, and by his failure to pay, an account was stated between Plaintiff and Defendant in the amount of $14,245,735.35.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Compass Lexecon demands judgment in its favor and against Defendant Sung Kook (Bill) Hwang as follows:

A.  Damages in the principal amount of $14,245,735.35;

B.  Pre-judgment and post-judgment interest at the statutory rate;

C.  The costs and disbursements of this action; and

D.  Such other and further relief as the Court deems just and proper.

Dated: New York, New York
       April 8, 2026

SOLOMON, CRAMER & SUMMIT LLP
*Attorneys for Plaintiff*

By: /s/Andrew T. Solomon
    Andrew T. Solomon
    asolomon@solomoncramer.com

25 West 39th Street, 7th Floor
New York, New York 10018
(212) 884-9102

4